IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT ALBERT MERK,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-437-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is affirmed and plaintiff Scott Albert Merk's appeal is dismissed.

By: *[signature]* Lynn Kaemle, Deputy Clerk
Peter Oppeneer, Clerk of Court

3-11-11
Date